IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TOLAND SHIPP, LLC**                                                                                 **PLAINTIFF**

V.                        **4:22CV001270 JM**

**CLARK EQUIPMENT COMPANY**
**d/b/a BOBCAT COMPANY**                                       **DEFENDANT**

## **ORDER**

The parties' joint motion to dismiss is GRANTED. (Docket #21). This case is hereby dismissed with prejudice. The Clerk is directed to close the case.

IT IS SO ORDERED this 26th day of February, 2024.

_____
James M. Moody Jr.
United States District Judge